IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| GARY BRENAMAN, | : | |
|---|---|---|
| Plaintiff, | : | Civil Action No. 4:08-cv-00420 |
| vs. | : | |
| MIDLAND CREDIT MGMT, INC, | : | DISMISSAL WITH PREJUDICE |
| Defendant. | : | |

Plaintiff by his attorney Ray Johnson hereby dismisses the above-captioned matter with prejudice pursuant to a settlement agreement between the parties. Plaintiff signs out for costs.

Respectfully submitted,

*/s/ Ray Johnson*
RAY JOHNSON
AT0004019
Johnson Law Firm
950 Office Park Rd.
Suite 335
W. Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com